UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | Civil Action No. 26-1968 (LLA) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated August 24, 2026, Plaintiff American Oversight and Defendants the United States Department of Homeland Security and U.S. Customs and Border Protection (collectively "the Parties") respectfully submit this joint status report to advise the Court of the requested information in this Freedom of Information Act ("FOIA") matter.

1. Status of Plaintiff's Freedom of Information Act Request

Department of Homeland Security Office of the Inspector General ("DHS OIG") has completed all searches in response to Plaintiff's FOIA request. OIG reviewed the responsive records and has outstanding inquiries to Plaintiff regarding the scope of the request. U.S. Customs and Border Protection ("CBP") has reviewed the language of FOIA Request # DHS-CBP-26-0879 and has determined that it does not have records responsive to this request. DHS's headquarters has reviewed Plaintiff's FOIA request and deems them to be overbroad. To facilitate resolution without judicial intervention, the Parties intend schedule a time and date in the near future to confer on the request.

2. Anticipated Number of Documents Responsive to Plaintiff's FOIA Request

DHS OIG's searches returned approximately 1,500 pages of potentially responsive records. CBP has determined it does not have any records responsive to FOIA Request # DHS-CBP-26-0879. The Parties will confer on the scope of the request.

3. Anticipated Date(s) for Release of Requested Documents

DHS OIG anticipated making its first release of records but did not make the release given the outstanding issues related to scope. Upon resolution of the outstanding scope issues, a determination will be made as to whether OIG's records are responsive and a production can be made.

This section does not apply to CBP.

4. *Open America* Stay

Defendants do not request an *Open America* stay at this time but reserves the right to do so should they determine that circumstances warrant one.

5. Vaughn Index and Dispositive Motions

The parties believe that a Vaughn index is premature at this point.

6. Dipositive Motions

The Parties believe that it is premature to consider whether dispositive motions will be necessary.

7. Any Other Pertinent Issues

The Parties have no issues to raise to the Court at this time.

* * *

The Parties respectfully request that the Court permit them to file another joint status report on December 15, 2026, which accounts for counsel's upcoming availability.

Dated: October 22, 2026

By: */s/ Benjamin A. Sparks*
BENJAMIN SPARKS
D.C. Bar No. 90020649
American Oversight
1030 15th St. NW
B255
Washington, D.C. 20005
(202) 873-1741
ben.sparks@americanoversight.org

*Attorney for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Dhruman Y. Sampat*
DHRUMAN Y. SAMPAT
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2525
dhruman.sampat@usdoj.gov

*Attorney for the United States of America*